

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2014

No. 04-13-00792-CV

Richard **LARES**,
Appellant

v.

Martha **FLORES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-15663
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The motion to substitute counsel is granted. The motion for extension of time to file appellee's brief is granted. We order appellee's brief due July 28, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court